UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 1

| | |
|---|---|
| **PRO-COM PRODUCTS INC.**,<br><br>                          Plaintiff,<br><br>   **v.**<br><br>**UNITED STATES**,<br>                       Defendant. | **SUMMONS**<br><br>**Court No. 23-cv-00016** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                               **/s/ Mario Toscano**
                               Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles/Long Beach, CA (2704) | Center (if known) | 003 |
| Protest Number: | 270422160131 | Date Protest Filed: | 04/21/2022 |
| Importer: | Pro-Com Products, Inc. | Date Protest Denied: | 08/08/2022 |
| Category of Merchandise: | Wheeled Toys | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BVQ-0214713-9 | 11/12/2020 | 12/10/2021 | | | |
| BVQ-0214640-4 | 11/13/2020 | 12/10/2021 | | | |
| BVQ-0214874-9 | 11/16/2020 | 01/07/2022 | | | |
| BVQ-0214877-2 | 11/16/2020 | 12/17/2021 | | | |

| |
|---|
| Serhiy Kiyasov<br>Rock Trade Law LLC<br>134 North LaSalle Street, Suite 1800<br>Chicago, IL 60602<br>Telephone: (312) 824-6195<br>Email: skiyasov@rocktradelaw.com |

              Name, Address, Telephone Number
           and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Self-balancing electric scooters | 8711.60.0090 / 9903.88.02 | Free / 25% | 9503.00.00 / 8711.60.00 excluded from China Section 301 tariffs per 9903.88.59 (see 85 FR 59595) | Free / Free |

**Other**

State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Liquidation of the entries.  The protested entries were deemed liquidated by operation of law

---

The issues which are common to all such denied protests:

The protested entries should have been deemed liquidated by operation of law at the rates entered with the protested articles classified under subheading 9503.00.00. Alternatively, if classified under subheading 8711.60.00, the protested articles should have been eligible for exclusions from Section 301 tariffs by meeting the descriptions provided in the sections of U.S. Note 20 of HTSUS Chapter 99, Subchapter III that correspond to the above-claimed provisions under HTSUS subheading 9903.88.59.

---

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

Serhiy Kiyasov                                    January 25, 2023
_____                    _____
*Name*                                                    *Date*

**SCHEDULE OF PROTESTS**

<u>003</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 390122126708 | 04/21/2022 | 08/10/2022 | BVQ-0213987-0 | 10/23/2020 | 11/19/2021 | 3901 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |