**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: UNASSIGNED**

| | |
|---|---|
| PRO-COM PRODUCTS, INC.,<br>　　　　　　　*Plaintiff,*<br>　　v.<br>UNITED STATES,<br>　　　　　　　*Defendant.* | Court No. **23-cv-00016** |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Suspension, and after due deliberation, it is hereby –

**ORDERED** that Plaintiff's motion be granted; and it is further

**ORDERED** that Court Number 23-cv-00016 is suspended pending the final determination of the test case, Court Number 21-cv-00026.

　　　　　　　　　　　　　　　　　　　/s/　　　Jane A. Restani
　　　　　　　　　　　　　　　　　　Judge, U.S. Court of International Trade

Dated: New York, New York

This 18th day of November 2024.