UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 9
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

PRO-COM PRODUCTS, INC.,
                    *Plaintiff,*

v.

UNITED STATES,
                    *Defendant.*

Court No. 23-cv-00016

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consist of Swagtron® Hoverboards with electric motors for propulsion, each of a power not exceeding 1,000 W.

3. The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as motorcycles with electric motors for propulsion under subheading 8711.60.0090 of the Harmonized Tariff Schedule of the United States ("HTSUS"), a duty-free provision, and heading 9903.88.02, HTSUS, pursuant to Section 301 of the Trade Act of 1974, 19 U.S.C. § 2411, imposing duties at the rate of 25% *ad valorem* on products of the People's Republic of China.

Case 1:23-cv-00016-JAR    Document 14    Filed 12/17/25    Page 2 of 5

Stipulated Judgment On Agreed Statement Of Facts
PRO-COM PRODUCTS, INC. v. UNITED STATES,
Court No. 23-cv-00016                                                                                            Page **2** of **5**

4.    The stipulable imported merchandise identified in the attached schedule is classifiable as motorcycles with electric motors for propulsion under subheading 8711.60.0090, HTSUS, and heading 9903.88.59, HTSUS, by application of the exclusion from duties imposed by heading 9903.88.02, HTSUS, issued by the Office of the United States Trade Representative and described in U.S. Note 20(lll)(17) to Subchapter III of Chapter 99, HTSUS, providing for "[m]otorcycles with electric power for propulsion, each of a power not exceeding 1,000 W (described in statistical reporting numbers 8711.60.0050 or 8711.60.0090[.])."

5.    The imported merchandise, covered by the entries set forth on the attached schedule, is stipulable in accordance with this agreement.

6.    Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7.    All other claims and non-stipulable entries are abandoned.

8.    Each party will bear its own costs and attorney's fees.

Stipulated Judgment On Agreed Statement Of Facts
PRO-COM PRODUCTS, INC. v. UNITED STATES,
Court No. 23-cv-00016                                                       Page 3 of 5

Respectfully submitted,

By: /s/ Serhiy Kiyasov 12-17-2025
SERHIY KIYASOV
ROCK TRADE LAW LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6195 (telephone)
skiyasov@rocktradelaw.com (e-mail)
Counsel For Plaintiff
Pro-Com Products Inc.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: _____ 12/16/25
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_____ 12/16/25
EDWARD F. KENNY
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No. 212-264-0480
Attorneys for Defendant

Stipulated Judgment On Agreed Statement Of Facts
PRO-COM PRODUCTS, INC. v. UNITED STATES,
Court No. 23-cv-00016                                                                                   Page **4** of **5**

 

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
HONORABLE JANE A. RESTANI, JUDGE

Date: _____

Case 1:23-cv-00016-JAR   Document 14   Filed 12/17/25   Page 5 of 5

Stipulated Judgment On Agreed Statement Of Facts
PRO-COM PRODUCTS, INC. v. UNITED STATES,
Court No. 23-cv-00016                                                                 Page **5** of **5**

## SCHEDULE A TO STIPULATED JUDGMENT

Port of Entry: 2704 – Los Angeles/Long Beach, CA

Center: Automotive and Aerospace Center of Excellence and Expertise

| Court Number | Protest Number | Entry Number | Description of Merchandise |
|---|---|---|---|
| 23-cv-00016 | 2704-22-160131 | BVQ-0214713-9 | T580 |
| 23-cv-00016 | 2704-22-160131 | BVQ-0214640-4 | T882 EVO |
| 23-cv-00016 | 2704-22-160131 | BVQ-0214874-9 | T882 EVO |
| 23-cv-00016 | 2704-22-160131 | BVQ-0214877-2 | T882 EVO |

Port of Entry: 3901 – Chicago, IL

Center: Automotive and Aerospace Center of Excellence and Expertise

| Court Number | Protest Number | Entry Number | Description of Merchandise |
|---|---|---|---|
| 23-cv-00016 | 3901-22-126708 | BVQ-0213987-0 | T882 EVO |